

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00369-CV

**IN THE INTEREST OF L.M.H., ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01720
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The court reporter has filed a notice of late record requesting an extension of time until August 10, 2020 to file the reporter's record. The request is GRANTED. The reporter's record is due no later than August 10, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court